UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY<br>Plaintiff, | CIVIL ACTION NO.<br>3:02CV01022 (JCH) |
| v. | |
| STATE OF CONNECTICUT, DEPARTMENT OF PUBLIC UTILITY CONTROL, ET AL.<br>Defendant. | OCTOBER 10, 2003 |

## MOTION FOR ADMISSION OF MICHAEL J. GOLDEY, ESQ. AS ATTORNEY PRO HAC VICE

Pursuant to Rule 83.1(d) of the Local Rules of Civil Procedure, the undersigned respectfully requests that Michael J. Goldey, be admitted Pro Hac Vice to represent the defendant, PaeTec Communications, Inc., throughout these proceedings. The undersigned is a member of the bar of this court and the State of Connecticut and is local counsel for the defendant, PaeTec Communications, Inc.

Attorney Goldey is a sole practitioner located at 81 Highfield Road, Harrison, NY 10528. Attorney Goldey has been admitted to practice before, and is a member in good standing of, the State Bar of New York. He is also admitted to practice before the United States District Court for the Southern District of New York. There are no grievances pending against Attorney Goldey and he has not been reprimanded, suspended, disbarred or resigned from the practice of law. Attorney

338899

## CERTIFICATION

I hereby certify that a copy of the following was mailed in the United States mail, First Class, postage prepaid this 10th day of October, 2003, to the following counsel of record:

Timothy P. Jensen, Esq.
Tyler, Cooper & Alcorn, LLP
205 Church Street
New Haven, CT 06510-1910

Keith M. Krom, Esq.
General Attorney
The Southern New England Telephone Company,
310 Orange Street
New Haven, CT 06510

Robert L. Marconi, Esq.
Assistant Attorney General
Office of the Attorney General
10 Franklin Square
New Britain, CT 06051

By: _____
BRAD N. MONDSCHEIN, ESQ.
Updike, Kelly & Spellacy, P.C.

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE SOUTHERN NEW ENGLAND ) <br> TELEPHONE COMPANY ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> STATE OF CONNECTICUT, ) <br> DEPARTMENT OF PUBLIC ) <br> UTILITY CONTROL, ET AL. ) <br> ) <br> ) <br> Defendant. ) | CIVIL ACTION NO. <br> 3:02CV01022 (JCH) <br><br><br><br><br><br><br><br><br><br> OCTOBER 9, 2003 |

## AFFIDAVIT OF MICHAEL J. GOLDEY, ESQ.

STATE OF CONNECTICUT )
                           ) ss. at BRIDGEPORT
COUNTY OF FAIRFIELD )

Pursuant to FRCP 83.1(d) the undersigned hereby avers:

    1.    I am Michael J. Goldey, a sole practitioner located at 81 Highfield Road, Harrison, NY 10528, (phone) 914-967-3312, (fax) 914-967-2183 and (email) m.goldey@mindspring.com and make this affidavit in support of the motion by Brad Mondschein to admit me as a visiting lawyer for the purpose of representing defendant, PAETEC Communications, Inc., in this action.

    2.    I have been admitted to practice before, and am a member in good standing of, the State Bar of New York and the United States District Court for the Southern District of New York.

340607

3.  I have not been denied admission or disciplined by this Court or any other court. There are no grievances pending against me and I have not been reprimanded, suspended, disbarred or resigned from the practice of law.

4.  I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

5.  In accordance with FRCP 83.1(c), I hereby designate our co-counsel of record, Brad Mondschein, Esq., Updike, Kelly & Spellacy, P.C., One State Street, Hartford, Connecticut 06123-1277, (phone) 860-548-2600, (fax) 860-548-2680, (email) bmondschein@uks.com upon whom service of all papers shall also be made.

Affiant

_____
MICHAEL J. GOLDEY, ESQ.

Subscribed and sworn to before me this 10th day of October, 2003

_____
Commissioner of the Superior Court
~~Notary Public~~

340607

FILED

2003 SEP 25 P 12: 38

US

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY<br>Plaintiff,<br><br>v.<br><br>STATE OF CONNECTICUT, DEPARTMENT OF PUBLIC UTILITY CONTROL, ET AL.<br><br>Defendant. | CIVIL ACTION NO.<br>3:02CV01022 (JCH)<br><br><br><br><br><br><br><br><br><br>SEPTEMBER 24, 2003 |

## MOTION FOR ADMISSION OF MICHAEL J. GOLDEY, ESQ. AS ATTORNEY PRO HAC VICE

Pursuant to Rule 2(d) of the Local Rules of Civil Procedure, the undersigned respectfully requests that Michael J. Goldey, be admitted Pro Hac Vice to represent the defendant, PaeTec Communications, Inc., throughout these proceedings. The undersigned is a member of the bar of this court and the State of Connecticut and is local counsel for the defendant, PaeTec Communications, Inc.

Attorney Goldey is a sole practitioner located at 81 Highfield Road, Harrison, NY 10528. Attorney Goldey has been admitted to practice before, and is a member in good standing of, the State Bar of New York. He is also admitted to practice before the United States District Court for the Southern District of New York. There are no grievances pending against Attorney Goldey and he has

338899