FILED

2004 FEB -2 P 12: 23

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY,<br>Plaintiff, | CIVIL ACTION NO.<br>3:02CV01022 (JCH) |
| v. | |
| STATE OF CONNECTICUT, DEPARTMENT OF PUBLIC UTILITY CONTROL, ET AL.<br>Defendants. | JANUARY 29, 2004 |

### MOTION TO WITHDRAW APPEARANCE

The undersigned hereby moves to withdraw his appearance on behalf of Paetec Communications, Inc., as he has taken a position outside of private practice and, as such, will no longer be practicing at Updike, Kelly & Spellacy, P.C., which has been retained by Paetec Communications, Inc.

Paetec Communications, Inc. remains represented in this action by Attorney Brad N. Mondschein of Updike, Kelly & Spellacy.

351777

Dated at Hartford, Connecticut this 29th day of January, 2004.

_____
Thomas W. Edgington, Esq.
  Federal Bar No. ct22277
Updike, Kelly & Spellacy, P.C.
One State Street, P.O. Box 231277
Hartford, Connecticut 06123-1277
(860) 548-2649

## CERTIFICATION

A copy of the foregoing has been mailed by first class mail, postage prepaid this 29th day of January, 2004, to all counsel of record as follows:

Timothy P. Jensen, Esq.
Tyler, Cooper & Alcorn, LLP
205 Church Street
New Haven, CT 06510-1910

Keith M. Krom, Esq.
General Attorney
The Southern New England Telephone Company,
310 Orange Street
New Haven, CT 06510

Robert L. Marconi, Esq.
Assistant Attorney General
Office of the Attorney General
10 Franklin Square
New Britain, CT 06051

_____
THOMAS W. EDGINGTON, ESQ.