FILED

2004 FEB -2 P 12: 23

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY, Plaintiff, | CIVIL ACTION NO. 3:02CV01022 (JCH) |
| v. | |
| STATE OF CONNECTICUT, DEPARTMENT OF PUBLIC UTILITY CONTROL, ET AL. Defendants. | JANUARY 29, 2004 |

## MOTION TO WITHDRAW APPEARANCE

The undersigned hereby moves to withdraw his appearance on behalf of Paetec Communications, Inc., as he has taken a position outside of private practice and, as such, will no longer be practicing at Updike, Kelly & Spellacy, P.C., which has been retained by Paetec Communications, Inc.

Paetec Communications, Inc. remains represented in this action by Attorney Brad N. Mondschein of Updike, Kelly & Spellacy.

351777