02 CV1022 MN
CT/cvmhrg (January 10, 2002) ENT

HONORABLE **HALL**
DEPUTY CLERK **Boroski** RPTR/ERO/TAPE **F. IDANZA**

TOTAL TIME: ___ hours **35** minutes

DATE **2-24-04**   START TIME **11:00**   END TIME **11:35**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

**SNET**

vs.

**DPUC**

CIVIL NO. **3:02CV1022 JH**

**G. MOREIRA**
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

**BRAD MONDSCHIEN - PAYTECH**
Defendants Counsel
**MICHAEL GOLDY - PAYTECH**

## COURTROOM MINUTES - CIVIL (check one box)

☑ (mhrgh) Motion Hearing   ☐ (confmhrg.) Confirmation Hearing   ☐ (showhrg.) Show Cause Hearing
☐ (contmphrg.) Contempt Hearing   ☐ (evidhrg.) Evidentiary Hearing   ☐ (jgmdbexam.) Judgment Debtor Exam
☐ (pchrg.) Probable Cause Hearing   ☐ (fairhrg.) Fairness Hearing   ☐ (stlmthrg.) Settlement Hearing
☐ (mischrg.) Miscellaneous Hearing

**MOTION DOCUMENT NO.**

☑ #50   Motion **FOR THV**   ☑ granted ☐ denied ☐ advisement
☑ #51   Motion **TO TERMINATE STAY, S.J.**   ☑ granted ☐ denied ☐ advisement  **SJ IN FAVOR OF PAYTECH**
☑ #54   Motion **FOR EXT TIME TO EXT INITIAL STAY**   ☐ granted ☑ denied ☐ advisement

**DPUC - ORAL MOTION TO RENEW S.J. - GRANTED**

___ Hearing continued until _____ at _____