UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

THE SOUTHERN NEW ENGLAND
TELEPHONE COMPANY

V                                                                                                  3:02cv1022 JCH

THE CONNECTICUT DEPARTMENT
OF PUBLIC UTILITY CONTROL, the Honorable
DONALD W. DOWNES, in his capacity as a
Commissioner of the Connecticut Department of
Public Utility Control, the Honorable LINDA
KELLY, in her capacity as a Commissioner of
the Connecticut Department of Public Utility
Control, the Honorable GLENN ARTHUR, in
his capacity as a Commissioner of the Department
of Public Utility Control, the Honorable JOHN W.
BETKOSKI, III, in his capacity as a Commissioner
of the Connecticut Department of Public Utility
Control and the Honorable JACK R. GOLDBERG,
in his capacity as a Commissioner of the Connecticut
Department of Public Utility Control

v

PAETEC COMMUNICATIONS, INC.


JUDGMENT

This action came on before the Honorable Janet C. Hall, United States District Judge, as a result of defendants' and intervening defendant's motions for summary judgment. After reviewing the papers submitted in connection with these motions and oral argument, the Court granted these motions on the record on February 24, 2004.

Therefore, it is ORDERED and ADJUDGED that judgment is entered in favor of the Intervening defendant, Paetec Communication, Inc., and defendants, Connecticut Department of

Public Utility Control, the Honorable Donald W. Downes, the Honorable Linda Kelly, the Honorable Glenn Arthur, the Honorable John W. Betkoski, III, and the Honorable Jack R. Goldberg, in their capacity as Commissioners of the Connecticut Department of Public Utility Control and the case is closed.

      Dated at Bridgeport, Connecticut, this 10th day of May, 2004.

                                                             KEVIN F. ROWE, Clerk

                                                       By _____
                                                                  Deputy Clerk

Entered on Docket_____